# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 23, 2020

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Christopher L. Coffin
Pendley Baudin & Coffin, LLC
1100 POYDRAS ST STE 2505
NEW ORLEANS, LA 70163

Michael R. Pennington
Bradley Arant Boult Cummings, LLP
1819 5TH AVE N
BIRMINGHAM, AL 35203

Thomas Brooks Proctor
Bradley Arant Boult Cummings, LLP
1819 5TH AVE N
BIRMINGHAM, AL 35203

John Thomas Richie
Bradley Arant Boult Cummings, LLP
1819 5TH AVE N
BIRMINGHAM, AL 35203

Tracy L. Turner
Pendley Baudin & Coffin, LLC
1100 POYDRAS ST STE 2505
NEW ORLEANS, LA 70163

Rafael T. de La Grana
Clark Robb Mason Coulombe & Buschman
19 W FLAGLER ST FL 14
MIAMI, FL 33130-4400

Appeal Number:  19-11310-V
Case Style:  MSPA Claims 1, LLC v. Infinity Property & Casualty
District Court Docket No:  2:17-cv-00513-KOB

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bryon A. Robinson
Phone #: (404) 335-6142

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  19-11310-V
_____

MAO-MSO RECOVERY II LLC
a Delaware entity, et al.,

                                        Plaintiffs,

MSPA CLAIMS 1, LLC,
a Florida entity,

                                        Plaintiff - Appellant,

versus

INFINITY PROPERTY & CASUALTY GROUP,
an Alabama company,

                                        Defendant - Appellee.
_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

Before GRANT and MARCUS, Circuit Judges, and AXON*, District Judge.

BY THE COURT:

        Parties' Joint Motion to Withdraw Appeal from Oral Argument Calendar and Remand for

Dismissal Without Prejudice is GRANTED.

        *Honorable Annemarie Axon, United States District Judge for the Northern District of
        Alabama, sitting by designation.