# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MSPA CLAIMS I, LLC, a Florida entity,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:17-CV-513- KOB |
| ) | |
| **INFINITY PROPERTY & CASUALTY** ) | |
| **GROUP, an Alabama company,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Based on the mandate on remand from the Eleventh Circuit Court of Appeals (doc. 80), the court DISMISSES this case without prejudice.

The clerk of court is directed to close this case.

Costs are taxed as paid.

**DONE** and **ORDERED** this 14th day of October, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE